IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |
|---|---|
| WENDELL E. FABIAN,<br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br>Defendant. | *<br>*<br>*<br>*<br>*<br>*   Civil Action No. 11-cv-03414-AW<br>*<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SETTLEMENT ORDER (LOCAL RULE 111)

The Court has been advised that the above action has been settled, including all counterclaims, cross-claims and third party claims, if any.

**IT IS ORDERED** that this action is hereby **DISMISSED** with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this Order is *without prejudice* to the right of a party to move for good cause within **30 DAYS** to reopen this action is settlement is not consummated. If no party moves to reopen, the dismissal shall be *with prejudice*.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **CLOSE** this case and transmit copies of this Order to all counsel of record.

<u>March 25, 2013</u>                                             <u>          /s/          </u>
      Date                                                    Alexander Williams, Jr.
                                                         UNITED STATES DISTRICT JUDGE